IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>METAL BUILDING SERVICES, LLC,<br><br>    Defendant. | 8:15CV307<br><br>**AMENDED FINAL PROGRESSION ORDER** |

Based on the parties stipulation to extend certain pretrial deadlines (Filing No. 22),

IT IS ORDERED that the Final Progression Order, (Filing No. 16) is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is October 31, 2016. Motions to compel Rule 33 through 36 discovery must be filed by **November 14, 2016**.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C), are:

    For the plaintiff:  **December 5, 2016**
    For the defendants: **December 5, 2016**

3) The deposition deadline is **October 31, 2016**.

4) The deadlines for complete expert disclosures for all experts to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C), are:

    For the plaintiff:  **February 3, 2017**
    For the defendant: **February 3, 2017**

5) The deadline for filing motions to dismiss and motions for summary judgement is **February 6, 2017**.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **March 2, 2017**.

Dated this 12th day of July, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge