IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>  vs.<br><br>METAL BUILDING SERVICES, LLC,<br><br>     Defendant. | **8:15CV307**<br><br>**ORDER** |

Defendant has moved to extend certain deadlines within the progression order. (Filing No. 28). The motion is unopposed. Accordingly,

IT IS ORDERED that the progression order is amended as follows:

1)   The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on July 24, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 11, 2017 at **2:00 p.m.**, and will be conducted by WebEx conferencing. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 7, 2017.

3)   The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 3, 2017. Motions to compel Rule 33 through 36 discovery must be filed by January 17, 2017 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)     The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is  February 7, 2017.

5)     The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is April 10, 2017.

6)     The deposition deadline is January 3, 2017.

7)     The deadline for filing motions to dismiss and motions for summary judgment is April 14, 2017.

8)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 5, 2017.

9)     Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

10)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.


Dated this 13th day of December, 2016

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge